THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **OPULENT TREASURES, INC.,**<br><br>Plaintiff,<br><br>v.<br><br>**CV IMPORTS, LLC,**<br><br>Defendant. | **Case 6:21-cv-01079-ADA-JCM**<br><br>**JURY TRIAL DEMANDED** |

## JOINT MOTION FOR ENTRY OF AGREED INJUNCTION AND ORDER

Plaintiff Opulent Treasures, Inc. files this Joint Motion for Entry of Agreed Injunction and Order. Counsel for Plaintiff has conferred with Defendant's counsel who is unopposed to the motion.

WHEREFORE, Plaintiff respectfully requests that the Court simultaneously enter this joint motion and proposed agreed permanent injunction and order.

Dated: March 10, 2022                           Respectfully submitted,

By: */s/ Katarzyna Brozynski*
Katarzyna Brozynski
State Bar No. 24036277
kasia@bdlegalgroup.com
Bart Dalton
Texas Bar No. 24043418
bart@bdlegalgroup.com
BROZYNSKI & DALTON, PC
5700 Tennyson Parkway, Suite 300
Plano, Texas 75024
Telephone: 972.371.0679

*Attorneys for Plaintiff*
*Opulent Treasures, Inc.*

1

*/s/ Robert E. Nail*
Robert E. Nail
State Bar No. 24025556
rnail@lockelord.com
LOCKE LORD LLP
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201
Telephone: (214) 740-8779
Facsimile: (214) 756-8779

B. David L. Foster
State Bar No. 24031555
dfoster@lockelord.com
LOCKE LORD LLP
600 Congress Avenue, Suite 2200
Austin, Texas 78701-3055
Telephone: (512) 305-4700
Facsimile: (512) 305-4800

Mark Backofen
State Bar No. 24031838
mbackofen@lockelord.com
LOCKE LORD LLP
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201
Telephone: (214) 740-8000
Facsimile: (214) 740-8800

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that counsel of record is being served with a copy of the foregoing document via electronic mail on March 10, 2022.

> */s/ Katarzyna Brozynski*
> Katarzyna Brozynski